IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUSTIN A. MUMM, | ) | 8:13CV284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DARRELL F. BONAM, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On December 2, 2013, the court conducted an initial review of Plaintiff's Complaint and found that it failed to state a claim upon which relief may be granted. (Filing No. 7.) The court gave Plaintiff an opportunity to amend his Complaint, but warned Plaintiff that if he failed to amend by January 3, 2014, his claims would dismissed "without prejudice and without further notice." (*Id.* at CM/ECF p. 5.) Plaintiff failed to file an amended complaint by the court's deadline. (*See* Docket Sheet.) Accordingly,

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 27th day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.